UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24896-Civ-COOKE/TORRES

JACKSON ANTONIO PINEDA
ZAMORA and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

COOL EXPRESS, LLC, JUAN
DAVID BERNAL and VIVIANA
SEGURA,

    Defendants.

_____/

**NOTICE OF JOINT MOTIONS**

    The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

    **DONE and ORDERED** in chambers in Miami, Florida this 15th day of December 2016.

                                                                MARCIA G. COOKE
                                                              United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*