UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-24896-CIV-MGC

JACKSON ANTONIO PINEDA ZAMORA, )
and all others similarly situated under 29 U.S.C. )
216(b), )
                                                        Plaintiffs, )
    vs. )
)
COOL EXPRESS, LLC., )
JUAN DAVID BERNAL, )
& VIVIANA SEGURA, )
)
                                                      Defendants. )
_____

**PLAINTIFF'S STATEMENT OF CLAIM**

      Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 7], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

<u>Period Claimed:</u> April 12, 2015 through November 11, 2016
<u>Weeks:</u> 82 weeks (rounded down)
<u>Overtime hours per week:</u> 10
<u>Amount of half time per hour not compensated:</u> $4.50/hr (based on hourly rate of $9.00/hr)
<u>Total overtime wages unpaid:</u> **$3,690.00**

    **Total Overtime Wage Claim and Liquidated Damages: $3,690.00 X 2 = $7,380.00**

  **Plaintiff seeks all fees and costs under the FLSA.

                                                     Respectfully submitted,

                                                     J. H. ZIDELL, P.A.
                                                   ATTORNEYS FOR PLAINTIFF
                                                   300-71ST STREET, SUITE 605
                                                   MIAMI BEACH, FLORIDA 33141
                                                   305-865-6766

                                                  305-865-7167

                                          By: /s/ Joshua H. Sheskin
                                          Joshua H. Sheskin, Esq.
                                          Jsheskin.jhzidellpa@gmail.com
                                          Florida Bar Number: 93028

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 12/21/16 TO:

ALL CM/ECF RECIPIENTS

                                          By: /s/ Joshua H. Sheskin
                                          Joshua H. Sheskin, Esq.
                                          Jsheskin.jhzidellpa@gmail.com
                                          Florida Bar Number: 93028