# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JACKSON ANTONIO PINEDA ZAMORA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
COOL EXPRESS, LLC, )
JUAN DAVID BERNAL, )
VIVIANA SEGURA, )
)
Defendants. )

16-CV-24896-Cooke/Torres

12/19/16
9:58 AM
NV #2250

Gabriel

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JUAN DAVID BERNAL
1430 NW 82 Avenue
Doral, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **November 23, 2016**



**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JACKSON ANTONIO PINEDA ZAMORA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
COOL EXPRESS, LLC, )
JUAN DAVID BERNAL, )
VIVIANA SEGURA, )
)
Defendants. )

**16-CV-24896-Cooke/Torres**

12/19/16
9:58 Am
NV #2250

Gabriel

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
VIVIANA SEGURA
1430 NW 82 Avenue
Doral, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **November 23, 2016**



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

N/11/23/16

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JACKSON ANTONIO PINEDA ZAMORA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
    Plaintiff, )
vs. )
)
COOL EXPRESS, LLC, )
JUAN DAVID BERNAL, )
VIVIANA SEGURA, )
)
    Defendants. )

**16-CV-24896-Cooke/Torres**

12/19/16
9:58 AM

NV #2250

Gabriel

JUAN DAVID BERNAL
☏ 786-427-4864

Vivian wife, never comes in

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
COOL EXPRESS, LLC
Registered Agent: Viviana Segura
1430 NW 82 Avenue
Doral, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **November 23, 2016**



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Gabriel operators mngr

Civil Action No. 16-CV-24896

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COOL EXPRESS LLC REG AGENT VIVIANA SEGURA
was received by me on *(date)* 11/23/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* GABRIEL-EMPLOYEE-OPERATIONS MANAGER , who is
designated by law to accept service of process on behalf of *(name of organization)* COOL EXPRESS LLC
1430 NW 82 AVE DORAL FL 33126 @ 9:58AM   on *(date)* 12/19/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 12/22/2016

*Server's signature*

NEIL VAISELBERG PROCESS SERVER #2250
*Printed name and title*

1001 NE 180TH TERRACE
NORTH MIAMI BEACH FL 33162
305-968-4439
*Server's address*

Additional information regarding attempted service, etc:
GABRIEL ACCEPTED SERVICE ON BEHALF OF THE ABSENCE OF VIVIANA SEGURA
HE SIGNED MY COPY
HE SAID VIVIANA IS JUAN DAVID BERNALS WIFE AND SHE NEVER COMES IN.
M,HISP,24,5'6",145LBS,BROWN HAIR,NO GLASSES

# VERIFIED RETURN OF SERVICE

CASE NO.: 16-cv-23606
TYPE OF WRIT: SUMMONS

TO: VIVIANA SEGURA
1430 NW 82ND AVE
DORAL, FL 33126

Pursuant to the request of: JH ZIDELL PA
Whose office is located at: 300 71ST ST, STE605, MIAMI BEACH, FL 33141
And pursuant to the Chief Judge's Administrative order No. 94-12
Dated Aug. 15, 1994.
I, Neil Vaiselberg, #2250, received this document       On: 11/23/2016   At: 3:00 PM
And  SUB VIVIANA SEGURA
On:12/19/16  At:9:58AM  At: 1430 NW 82ND AVE, DORAL, FL 33126

[X] SUBSTITUTE: By serving a copy of this writ and a copy of the complaint, petition or initial pleading at the business address above on, GABRIEL-EMPLOYEE-OPERATIONS MANAGER a person therein, to wit, who is 15 years or older and informing the person of the contents.

I PERSONALLY SPOKE WITH JUAN DAVID BERNAL ON HIS CELL PHONE
NUMBER 786-427-4864
HE TOLD ME THAT HIS MANAGER CAN ACCEPT SERVICE ON HIS BEHALF AS WELL AS HIS WIFE VIVIANA SEGURA. HE SAID HIS WIFE VIVIANA NEVER COMES TO THE BUSINESS.
GABRIEL ALSO TOLD ME VIVIANA SEGURA NEVER COMES TO THE BUSINESS.

GABRIEL SIGNED MY COPY
M,HISP,24,145LBS,5'6'',BROWN HAIR NO GLASSES

I ACKNOWLEDGE that I am a Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this Defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

,# 2250
NEIL VAISELBERG – PROCESS SERVER
1001 NE 180TH TERRACE
NORTH MIAMI BEACH, FL 33162
305-968-4439

TO: JUAN DAVID BERNAL
1430 NW 82ND AVE
DORAL, FL 33126

Pursuant to the request of: JH ZIDELL PA
Whose office is located at: 300 71ST ST, STE605, MIAMI BEACH,FL 33141
And pursuant to the Chief Judge's Administrative order No. 94-12
Dated Aug. 15, 1994.
I, Neil Vaiselberg, #2250, received this document       On: 11/23/2016  At: 3:00 PM
And SUB served JUAN DAVID BERNAL
On:12/19/16  At:9:58AM  At: 1430 NW 82ND AVE, DORAL, FL 33126

[X] <u>SUBSTITUTE</u>: By serving a copy of this writ and a copy of the complaint, petition or
initial pleading at the business address above on, GABRIEL-EMPLOYEE-OPERATIONS
MANAGER a person therein, to wit, who is 15 years or older and informing the person of
the contents.

I PERSONALLY SPOKE WITH JUAN DAVID BERNAL ON HIS CELL PHONE
NUMBER 786-427-4864
HE TOLD ME THAT HIS MANAGER CAN ACCEPT SERVICE ON HIS BEHALF AS
WELL AS HIS WIFE VIVIANA SEGURA. HE SAID HIS WIFE VIVIANA NEVER
COMES TO THE BUSINESS.
GABRIEL ALSO TOLD ME VIVIANA SEGURA NEVER COMES TO THE BUSINESS.

GABRIEL SIGNED MY COPY
M,HISP,24,145LBS,5'6'',BROWN HAIR NO GLASSES

I ACKNOWLEDGE that I am a Certified Process Server in the Circuit in good standing (or
authorized to serve process in the Circuit), in which this Defendant was served, and that I
have no interest in the above action. Under penalty of perjury, I declare that I have read the
foregoing Verified Return of Service and that the facts stated in it are true.

                                                  2250
-------------------------------,#----------------
NEIL VAISELBERG – PROCESS SERVER
1001 NE 180TH TERRACE
NORTH MIAMI BEACH, FL 33162
305-968-4439