UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24896-Cooke/Torres

JACKSON ANTONIO PINEDA ZAMORA, and all others similarly situated under 29 U..C. 216(b),

    Plaintiff,

vs.

COOL EXPRESS, LLC,
JUAN DAVID BERNAL, and
VIVIANA SEGURA,

    Defendants.

_____

**DEFENDANTS' RESPONSE IN OPPOSITION TO
ORDER TO SHOW CAUSE**

COME NOW the Defendants, Cool Express, LLC ("Cool Express"), Juan David Bernal ("Mr. Bernal"), and Viviana Segura (Ms. Segura"), collectively referred to as the "Defendants", by and through their undersigned counsel, and hereby file their Response in Opposition to Plaintiff's Motion for Final Default Judgment and the Court's Order to Show Cause, and in support thereof state as follows:

1. The subject case was initiated by Plaintiff seeking relief pursuant to the Fair Labor Standards Act 29 U.S.C. §§201 – 216.

2. On January 11, 2017, Mr. Bernal timely responded to the Complaint, as a pro se Defendant.

[FILED by SAS D.C. FEB 10 2017 STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. of FLA. – MIAMI]

3. As he explained in his response, Mr. Bernal is the owner of the Defendant company, Cool Express, and Mr. Bernal is the individual with the most knowledge about the company's employment records, gains, and losses.

4. However, Ms. Segura, which is Mr. Bernal's wife and co-Defendant in this matter, does not handle, operate, nor have experience in managing the company's employees.

5. Therefore, Mr. Bernal omitted any information concerning Ms. Segura as she is unrelated to the claims presented by Plaintiff in this action.

6. Mr. Bernal has retained the undersigned counsel and law firm to represent him, Ms. Segura, and Cool Express, and is thus making a good faith effort to defend and properly litigate this matter.

7. Additionally, Florida Courts favor adjudicating a case on the merits and tend to set aside Defaults in order to allow the parties the opportunity to present their controversies to the Court.

8. Accordingly, Defendants request this Court set aside the Defaults entered against Cool Express and Ms. Segura, deny Plaintiff's Motion for Final Default Judgment, and allow this case to proceed on the merits.

**WHEREFORE**, Defendants respectfully request that this Court deny the Plaintiff's Motion for Final Default Judgment, allow this matter to be heard on the merits, and for such other relief as the Court deems mete and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via CM/ECF to J.H. Zidell, P.A., at zabogado@aol.com, on this 10th day of February, 2017.

Respectfully Submitted,

CARMENATES LAW FIRM P.A.

By: _____
Nelson Carmenates, Esq
Attorney for Plaintiff
Florida Bar Number: 22396
1300 N.W. 84th Ave
Doral, Florida 33126
Telephone: (786) 999-6472
Fax: (786) 999-6473
Primary E-Mail: nelson@dacalaw.com
Secondary E-Mail: kd@dacalaw.com